DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN MANUELLA<br><br>Defendant. | Criminal No. 23-132<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant Ryan Manuella.

Date:  November 13, 2023

PHILIP R. SELLINGER
United States Attorney

By: *Katherine M. Romano*

Katherine M. Romano
DeNae M. Thomas
Assistant U.S. Attorneys